# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TOBY LANGENKAMP,
:
    Petitioner,                       Case No. 3:09-cv-201

  -vs-                        :           District Judge Walter Herbert Rice
                                             Magistrate Judge Michael R. Merz
WARDEN, Allen Correctional Institution,
:
    Respondent.

## AMENDED ORDER FOR ANSWER

On May 22, 2009, an Order for Answer was issued for Respondent to file an answer conforming to the requirements of Rule 5 of the Rules Governing §2254 Cases by July 2, 2009, and for the Clerk of Courts to serve the Petition on Respondent and the Attorney General.

On July 6, 2009, upon the Court's inquiry to the Respondent as to the status of its answer since it had not been filed by the deadline, the Respondent informed the Court it had received a copy of the Petition but had not received the Order for Answer and was therefore unaware an answer was to be filed.

It is hereby ORDERED that Respondent shall, not later than August 17, 2009, file an answer conforming to the requirements of Rule 5 of the Rules Governing §2254 Cases. The remainder of the Order for Answer filed May 22, 2009, remains in effect.

July 7, 2009.                                       *s/ Michael R. Merz*
                                                            United States Magistrate Judge