# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Toby Langenkamp,

        Petitioner,        :        Case No. 3:09-cv-201

  -vs-        :

Warden, Allen Correctional Institution,    :        Magistrate Judge Michael R. Merz

        Respondent,        :

## NOTICE OF ORAL ARGUMENT

**ORAL ARGUMENT** on Plaintiff's Petition for Writ of Habeas Corpus filed May 21, 2009, is hereby set for **Wednesday, December 9, 2009 at 1:30 p.m.,** in Courtroom #4, Fifth Floor Federal Building, 200 W. Second Street, Dayton, Ohio, before United States Magistrate Judge Michael R. Merz. Petitioner's counsel will need to file a petition for writ of habeas corpus ad testificandum to obtain Petitioner's presence at the hearing.

October 5, 2009.                                          s/ **Michael R. Merz**
                                                                United States Magistrate Judge